# ELECTRONIC RECORD

*294-15*
*295-15*

COA # 01-15-00021-CR          OFFENSE: 19.03 (Capital Murder)

STYLE: Obed Joseph Rodriguez v. The State of Texas          COUNTY: Harris

COA DISPOSITION:          DISMISS          TRIAL COURT: 208th District Court

DATE: 02/19/2015          Publish: NO          TC CASE #: 1399946

# IN THE COURT OF CRIMINAL APPEALS

*294-15*
*295-15*

STYLE: Obed Joseph Rodriguez v. The State of Texas          CCA #: *295-15*

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_Refused,_          JUDGE: _____

DATE: _05/13/2015_          SIGNED: _____ PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____ DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD